# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AGROTORS, INC.**, | : | **CIVIL ACTION NO. 1:13-CV-1604** |
| **Plaintiff**, | : | **(Chief Judge Conner)** |
| v. | : | |
| **ACE GLOBAL MARKETS**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 24th day of February, 2014, upon consideration of defendant's motion (Doc. 5) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 5) to dismiss is GRANTED in part and DENIED in part:

    a. Count III of the complaint, alleging common law fraud and misrepresentation, is DISMISSED.

    b. In all other respects, defendant's motion (Doc. 5) to dismiss is DENIED.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania